UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/20/2022
```

FONTANEZ,

                **Plaintiff,**

-against-

DAVOS BRANDS LLC,

                **Defendant.**

22-cv-05709 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    It having been reported to the Court that this case has been or will be settled, the Court hereby adjourns all upcoming conferences and deadlines. If the parties have not executed a settlement agreement by **November 21, 2022**, they are ordered to file a joint status report on the ongoing negotiations.

**SO ORDERED.**

Dated:   October 20, 2022
           New York, New York

                                         **ANDREW L. CARTER, JR.**
                                         **United States District Judge**